

500 Virginia Street East, Suite 600 • P.O. Box 3710
Charleston, West Virginia 25337-3710
T: (304) 345-4222 • F: (304) 343-3133
www.baileywyant.com

David J. Mincer, Esq.
Email: dmincer@baileywyant.com
Direct Dial: (304) 720-0709

November 13, 2015

Teresa L. Deppner
United States District Court-Southern District
Robert C. Byrd United States Courthouse
300 Virginia St., E., Rm 2400
Charleston, WV 25301

    Re:    Vista View, LLC, et al v. Amtax Holdings 412, LLC, et al
            United States District Court for the Southern District of West Virginia at Charleston
            Civil Action No.:
            Our File No.: 6500-2347

Dear Ms. Deppner:

    Please allow this correspondence to serve as my request for you to serve the six Defendants, via certified mail, with the Summons and Complaint that I am filing today in the above-referenced matter.

    If you have any questions, please feel free to call.

                                                      Very truly yours,

                                                      ***/s/David J. Mincer***

                                                      David J. Mincer

DJM/rb