```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

VISTA VIEW LLC, CAPITAL HEIGHTS
LLC, and SOUTHMOOR LLC,

    Plaintiffs,

v.Civil Action No. 2:15-15075

AMTAX HOLDINGS 412, LLC, AMTAX
HOLDINGS 523, LLC, AMTAX HOLDINGS
162, LLC, TAX CREDIT HOLDINGS I,
LLC, TCH II PLEDGE POOL, LLC, and
ALDEN PACIFIC ASSET MANAGEMENT, LLC,

    Defendants.

## MEMORANDUM OPINION & ORDER

Pending is the parties' joint motion to permit local counsel to appear via telephone or other electronic means at depositions, filed June 7, 2016.

Rule 8 of the <u>West Virginia Rules for Admission to the Practice of Law</u> requires local counsel to personally attend the taking of depositions and other events in a case that do not actually occur before the court unless the presiding judge permits local counsel to appear by telephone or other electronic means. The parties' motion states that there are a "significant number" of depositions to be taken from deponents "located all over the country," and requests an order permitting local counsel to attend those depositions by telephone or other

electronic means in order to facilitate scheduling and reduce the costs associated with those depositions.

Based upon the reasons set forth in their joint motion, as well as the parties' agreement that the requested relief is appropriate and necessary in this case, the court ORDERS that the motion to permit local counsel to appear at depositions via telephone or other electronic means be, and it hereby is, granted. As required by Rule 8, local counsel shall continue to appear at all pretrial conferences, hearings, trials, or other proceedings actually conducted before the court.

The Clerk is directed to send a copy of this order to counsel of record and to any unrepresented parties.

DATED: June 8, 2016

John T. Copenhaver, Jr.
United States District Judge