# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

| | | |
|---|---|---|
| VISTA VIEW LLC,<br>CAPITAL HEIGHTS LLC,<br>SOUTHMOOR LLC, | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Case No: 2:15-cv-15075 |
| AMTAX HOLDINGS 412, LLC,<br>AMTAX HOLDINGS 523, LLC,<br>AMTAX HOLDINGS 162, LLC,<br>TAX CREDIT HOLDINGS I, LLC,<br>TCH II PLEDGE POOL, LLC,<br>ALDEN PACIFIC ASSET,<br>MANAGEMENT, LLC, and<br>ALDEN TORCH FINANCIAL, LLC, | ) ) ) ) ) ) ) ) ) ) | HON. JOHN COPENHAVER<br><br>MAGISTRATE JUDGE<br>DWANE L. TINSLEY<br><br>JURY DEMANDED |
| **Defendants.** | ) | |

## AGREED ORDER

Considering Plaintiffs' Motion to Amend their Complaint, (Doc. 78),

**IT IS HEREBY ORDERED** that:

Plaintiffs' Motion is granted and Plaintiffs' First Amended Complaint, (Docs. 78.1-78.4),

is hereby filed instanter.

Dated: <u>September 19, 2016</u>

Judge John T. Copenhaver, Jr.
United States District Judge

Respectively Submitted,

s/ Peter M. King
Peter M. King
William H. Jones
Michael E. Crane
CANEL, KING & JONES
Three First National Plaza
70 W. Madison Street, Suite 3970
Chicago, Illinois 60602
Telephone: (312) 372-4142
Facsimile: (312) 372-6737
Email: pking@kingjoneslaw.com
Email: wjones@kingjoneslaw.com
Email: mcrane@kingjoneslaw.com

— *and* —

David J. Mincer (WV Bar # 7486)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
Telephone: (304) 345-4222
Facsimile: (304) 343-3133
Email: dmincer@baileywyant.com
**ATTORNEYS FOR PLAINTIFFS**

s/ Steven F. Griffith
STEVEN F. GRIFFITH, JR., T.A. (La. 27232)
(Admitted Pro Hac Vice)
LAURA E. CARLISLE (LA 33760)
(Admitted Pro Hac Vice)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
Email: sgriffith@bakerdonelson.com
Email: lcarlisle@bakerdonelson.com

— *and* —

KATHERINE B. CAPITO (WV Bar #11633)
DINSMORE & SHOHL, LLP
Huntington Square
900 Lee St. East, Suite 600
Charleston, West Virginia 25301
Telephone: 304-357-0900
Facsimile: 304-357-0919
Email: katherine.capito@dinsmore.com

— *and* —

W. PATTON HAHN (Ala. #HAH002)
(Pro Hac Vice Application to be Filed)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
420 Twentieth Street North
Wells Fargo Tower, Suite 1600
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007
Email: phahn@bakerdonelson.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record who have enrolled and registered for receipt of filings via the Court's ECF system, and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-ECF participants: NONE.

*/s/ Peter M. King*