```
           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF OHIO
                 WESTERN DIVISION
```

CIVIL ACTION NO. 1:15cv00723-WOB

AMTAX HOLDINGS 204,
LLC, ET AL.                                        PLAINTIFFS

VS.

SCOTT CANEL, ET AL.                                DEFENDANTS

                           and

CIVIL ACTION NO. 1:16cv00973

VISTA VIEW LLC, ET AL.                             PLAINTIFFS

VS.

AMTAX HOLDINGS 412, LLC, ET Al.                    DEFENDANTS

Counsel having advised that Court that the above matters have settled, and the Court being sufficiently advised,

**IT IS ORDERED** that the parties shall file an entry of dismissal on or before **March 17, 2017.**

This 17th day of January, 2017.



Signed By:
*William O. Bertelsman* WOB
United States District Judge