UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AMTAX HOLDINGS 204, LLC,<br>AMTAX HOLDINGS 265, LLC,<br>AMTAX HOLDINGS 205, LLC,<br>AMTAX HOLDINGS 206, LLC,<br>TCH II PLEDGE POOL, LLC, and<br>TAX CREDIT HOLDINGS III, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT I. CANEL, AMBERLY, LLC,<br>ASHWOOD, LLC, EASTPOINTE I, LLC<br>KETTERING, LLC, and TEN SOUTH<br>MANAGEMENT COMPANY, LLC,<br><br>Defendants. | CASE NO: 1:15-cv-723<br>c/w 1:16-cv-00973-WOB<br>United States District Judge<br>William O. Bertelsman<br><br>Magistrate Judge<br>Stephanie K. Bowman<br><br>JURY DEMANDED |
| AMBERLY, LLC, ASHWOOD, LLC,<br>EASTPOINTE I, LLC, and<br>KETTERING, LLC,<br><br>Counter-Plaintiffs.<br><br>v.<br><br>AMTAX HOLDINGS 204, LLC,<br>AMTAX HOLDINGS 265, LLC,<br>AMTAX HOLDINGS 205, LLC,<br>AMTAX HOLDINGS 206, LLC,<br>TCH II PLEDGE POOL, LLC, and<br>TAX CREDIT HOLDINGS III, LLC,<br>ALDEN PACIFIC ASSET MANAGEMENT,<br>LLC and ALDEN TORCH FINANCIAL, LLC,<br><br>Counter-Defendants. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, pursuant to their settlement agreement and to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), that these consolidated cases are dismissed in their entirety with prejudice and with each party to bear his or its own fees and costs including but not limited to attorneys' fees.

*/s/*

Peter M. King (IL Bar#6183270)
William H. Jones (IL Bar#6201398)
**CANEL, KING & JONES**
70 West Madison Street, Suite 3970
Chicago, Illinois 60602
Telephone: 312-372-4142
Facsimile: 312-372-6737

Harold F. Salsbery- (Ohio bar # 0080119)
David J. Mincer (WV Bar # 7486)
**BAILEY & WYANT, PLLC**
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
Telephone: (304) 345-4222
Facsimile: (304) 343-3133

**Attorneys for Defendants/Counter-Plaintiffs**

_[signature]_
Steven F. Griffith, Jr.
Laura E. Carlisle
**Baker Donelson Bearman
Caldwell & Berkowitz, PC**
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170

W. Patton Hahn
**Baker Donelson Bearman
Caldwell & Berkowitz, PC**
420 20th St. North
Wells Fargo Tower, Suite 1600
Birmingham, AL 35203

Katherine B. Capito
**Dinsmore & Shohl, LLP**
Huntington Square
900 Lee St. East, Suite 600
Charleston, West Virginia 25301

**Attorneys for Plaintiffs/Counter-Defendants**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 20th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record who have enrolled and registered for receipt of filings via the Court's ECF system, and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-ECF participants: NONE.

                                                 **/s/William H. Jones**